1  KARL J. KRAMER (CA SBN 136433) (kkramer@mofo.com)
   ANNA ERICKSON WHITE (CA SBN 161385) (awhite@mofo.com)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792

5  Attorneys for defendant
   ALTERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZILOG, INC., a Delaware Corporation, | Case No. C-06-7388-EMC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ALTERA CORP., a Delaware corporation, and ACTEL CORP., a California corporation Defendants. | Order |

STIPULATION TO EXTEND TIme TO RESPOND TO COMPLAINT
Case No.C-06-7388
pa- 1121996

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between
2  plaintiff ZiLOG Inc. and defendant Altera Corporation, through their respective attorneys, that the
3  time by which defendant may plead or otherwise respond to the complaint shall be extended to
4  and including January 30, 2007. There have been no previous modifications of any deadlines in
5  this case, and the stipulated extension does not affect the Initial Case Management Conference
6  scheduled for March 7, 2007.

Dated: January 5, 2007

KARL J. KRAMER
ANNA ERICKSON WHITE
MORRISON & FOERSTER LLP

By: /s/ Karl J. Kramer
    Karl J. Kramer

Attorneys for Defendant
ALTERA CORPORATION

Dated: January 5, 2007

GEORGIA K. VAN ZANTEN
SIDLEY AUSTIN LLP

By: /s/ Georgia K. Van Zanten
    Georgia K. Van Zanten

Attorney for Plaintiff
ZILOG, INC.

**ORDER**

The foregoing stipulation is approved and so ordered.

Dated: ___January 8___, 2007.

Honorable
UNITED
JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
C-06-7388
pa-1121996

1

**ATTESTATION**

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Georgia K. Van Zanten has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: January 5, 2007      MORRISON & FOERSTER LLP

By:   s/ Karl J. Kramer
        Karl J. Kramer
        Attorneys for Defendant Altera Corporation