KARL J. KRAMER (CA SBN 136433) (kkramer@mofo.com)
ANNA ERICKSON WHITE (CA SBN 161385) (awhite@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for defendant
ALTERA CORPORATION

G. HOPKINS GUY, III (CA SBN 124811) (hopguy@orrick.com)
JEFFREY A. MILLER (CA SBN 160602) (jmiller@orrick.com)
KEVIN C. JONES (CA SBN 240205) (kjones@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendant
ACTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZILOG, INC., a Delaware Corporation, | Case No.   C-06-7388-SBA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ALTERA CORP., a Delaware corporation, and ACTEL CORP., a California corporation Defendants. | Honorable Saundra B. Armstrong |
| | Complaint filed:    December 1, 2006 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No.C-06-7388
pa-1127251 v1

1       Plaintiff ZiLOG, Inc. ("ZiLOG"), Defendant Altera Corporation ("Altera") and Defendant
2 Actel Corporation ("Actel"), through their respective counsel of record, hereby stipulate and
3 agree as follows:
4       WHEREAS, Plaintiff has sued Altera and Actel (collectively, "Defendants") for alleged
5 infringement of U.S. Patent No. 4,670,749 ("the '749 patent");
6       WHEREAS, the U.S. Patent and Trademark Office ("U.S.P.T.O.") granted an *ex parte*
7 request for reexamination of the '749 patent, and the reexamination is pending;
8       WHEREAS, on January 5, 2007, ZiLOG and Altera stipulated to an extension of time to
9 respond to ZiLOG's complaint granting Altera until January 30, 2007 to answer or otherwise
10 respond to the complaint.
11       WHEREAS, on January 9, 2007, ZiLOG and Actel stipulated to an extension of time to
12 respond to ZiLOG's complaint granting Actel until January 30, 2007 to answer or otherwise
13 respond to the complaint.
14       WHEREAS, on January 25, 2007, Actel filed an unopposed motion to stay. Altera joined
15 the motion.
16       NOW, THEREFORE, the ZiLOG, Altera and Actel stipulate and agree as follows:
17       1.     The time by which Defendants may plead or otherwise respond to the complaint
18 shall be extended to and include March 1, 2007.
19       2.     There shall be no further extensions of time granted to Defendants by ZiLOG
20 extending the time for Defendants to respond to the complaint.
21       3.     If the Court grants Actel's motion to stay, the parties agree that Defendants'
22 response to the complaint will be due fourteen days after the stay is lifted, unless otherwise
23 ordered by the Court.
24       4.     The stipulated extension does not otherwise affect the schedule of this case.
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT    1
C-06-7388
pa-1127251 v1

| | | |
|---|---|---|
| Dated: January 26, 2007 | | KARL J. KRAMER<br>ANNA ERICKSON WHITE<br>MORRISON & FOERSTER LLP |
| | By: | s/ Karl J. Kramer<br>Karl J. Kramer |
| | | Attorneys for Defendant<br>ALTERA CORPORATION |
| Dated: January 26, 2007 | | G. HOPKINS GUY, III<br>JEFFREY A. MILLER<br>KEVIN C. JONES<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | s/ Jeffrey A. Miller<br>Jeffrey A. Miller |
| | | Attorneys for Defendant<br>ACTEL CORPORATION |
| Dated: January 26, 2007 | | GEORGIA K. VAN ZANTEN<br>SIDLEY AUSTIN LLP |
| | By: | s/ Georgia K. Van Zanten<br>Georgia K. Van Zanten |
| | | Attorney for Plaintiff<br>ZILOG, INC. |

**ORDER**

The foregoing stipulation is approved and so ordered.

Dated: __1/30_____, 2007.

*Saundra B Armstrong*
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
C-06-7388
pa-1127251 v1

2

**ATTESTATION**

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Georgia K. Van Zanten and Jeffrey A. Miller have read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: January 26, 2007          MORRISON & FOERSTER LLP

By: s/ Karl J. Kramer
    Karl J. Kramer
    Attorneys for Defendant Altera Corporation