SIDLEY AUSTIN LLP
Robert B. Morrill (SBN 35488)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rmorrill@sidley.com

GRANT & ASSOCIATES
Mark A. Grant (SBN 182840)
14632 Golf Links Drive, Suite 200
Los Gatos, CA 95032
Telephone: (408) 399-4545
Facsimile: (408) 399-6464
Email: mgrant@grantlaw.com

Attorneys for Plaintiff,
ZiLOG, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
G. Hopkins Guy, III (SBN 124811)
Jeffrey A. Miller (SBN 160602)
Kevin Jones (SBN 240205)
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email: hopguy@orrick.com
jmiller@orrick.com
kjones@orrick.com

Attorneys for Defendant,
Actel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZiLOG INC.,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALTERA CORP., a Delaware corporation,<br>and ACTEL CORP., a California<br>corporation,<br><br>                    Defendants. | Case No. C 06-7388-SBA<br><br>**CORRECTED STIPULATION AND XXXXXXXXXX ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, IT IS

HEREBY STIPULATED AND AGREED by and between Plaintiff ZiLOG Inc. ("ZiLOG") and

Defendant Actel Corporation ("Actel"), through their respective counsel of record, as follows:

1.      All claims against Actel in ZiLOG's Complaint for Patent Infringement, filed

December 1, 2006, are dismissed with prejudice.

2.      All claims in Actel's Answers and Counterclaims to ZiLOG's Complaint for

Patent Infringement, filed March 1, 2007, are dismissed with prejudice.

3.      ZiLOG and Actel shall bear their own costs and attorneys' fees in connection with

their prosecution and defense of the above-referenced claims.


Dated: JUNE 18 2007,          SIDLEY AUSTIN, LLP

                              By: _____
                                      Robert B. Morrill
                                      Attorneys for Plaintiff
                                      ZiLOG Inc.

Dated: 6/19 , 2007            GRANT & ASSOCIATES

                              By: _____
                                      Mark A. Grant
                                      Attorneys for Plaintiff
                                      ZiLOG Inc.

Dated: June 20 , 2007         ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: _____
                                      G. Hopkins Guy III
                                      Attorneys for Defendant
                                      Actel Corporation


- 1 -

STIPULATION AND [PROPOSED] ORDER TO
DISMISS -- CASE NO. C 06-733 SBA

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: June 22, 2007

Respectfully submitted,

/s/ G. Hopkins Guy, III /s/
G. Hopkins Guy, III

CORRECTED STIPULATION AND
[PROPOSED] ORDER TO DISMISS
CASE NO. C 06 7388-SBA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____10/30_____, 2007

_____
The Honorable Saundra Brown Armstrong
United States District Judge

OHS West:260241169

CORRECTED STIPULATION AND
[PROPOSED] ORDER TO DISMISS
CASE NO. C 06 7388-SBA