Robert B. Morrill (SBN 035488)
Georgia K. Van Zanten (SBN 116869)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rmorrill@sidley.com
       gvanzanten@sidley.com

Mark A. Grant (SBN 182840)
GRANT & ASSOCIATES
14632 Golf Links Drive, Suite 200
Los Gatos, California 95032
Telephone: (408) 399-4545
Facsimile: (408) 399-6464
Email: mgrant@grantlaw.us

Attorneys For Plaintiff
ZiLOG, INC.

Karl J. Kramer (SBN 136433)
Anna Erickson White (SBN 161385)
Christopher F. Jeu (SBN 247865)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: kkramer@mofo.com
       awhite@mofo.com
       cjeu@mofo.com

Attorneys for Defendant
ALTERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZiLOG, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>ALTERA CORP., a Delaware corporation, and ACTEL CORP., a California corporation,<br><br>       Defendants. | Case No. C 06 7388-SBA<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a) and (c) and the terms of a confidential settlement agreement, plaintiff Zilog, Inc. ("Zilog") and defendant Altera Corporation ("Altera") hereby jointly move this Court to dismiss, in their entirety, all claims and counterclaims asserted in the present litigation between Altera and Zilog WITH PREJUDICE, with each party to bear its own costs, expenses and attorney fees.

A proposed order granting the requested relief is attached.

Dated: April 7, 2009

Respectfully submitted,

Attorneys For Plaintiff
ZiLOG, INC.

By:     /s/
Robert B. Morrill (SBN 035488)
Georgia K. Van Zanten (SBN 116869)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark A. Grant (SBN 182840)
GRANT & ASSOCIATES
14632 Golf Links Drive, Suite 200
Los Gatos, California 95032
Telephone: (408) 399-4545
Facsimile: (408) 399-6464

Attorneys For Defendant
ALTERA CORP.

By:     /s/
Karl J. Kramer (SBN 136433)
Anna Erickson White (SBN 161385)
Christopher F. Jeu (SBN 247865)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

-2-
**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

## SIGNATURE ATTESTATION

I hereby attest that I have on file a holograph signature of Karl J. Kramer of Morrison & Foerster LLP to the foregoing Stipulated Motion for Dismissal where indicated by a "Conformed" signature within this e-filed document.

Dated: April 7, 2009                    SIDLEY AUSTIN LLP

             By:    /s/

              Robert B. Morrill (SBN 35488)
              Georgia K. Van Zanten (SBN 116869)
              SIDLEY AUSTIN LLP
              555 California Street, Suite 2000
              San Francisco, California 94104
              Telephone: (415) 772-1200
              Fax: (415) 772-7400

              Mark A. Grant (SBN 182840)
              GRANT & ASSOCIATES
              14632 Golf Links Drive, Ste. 200
              Los Gatos, CA 95032
              Telephone: (408) 399-4545
              Fax: (408) 399-6464

              Attorneys for Plaintiff
              ZiLOG, INC.

## [PROPOSED] ORDER

Having considered the Stipulated Motion for Dismissal with Prejudice Between Plaintiff Zilog Inc. ("Zilog"), and Defendant Altera Corporation ("Altera") (collectively, the "Parties"), it IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a) and (c):

1. All claims Zilog asserts against Altera in the above-captioned action are dismissed with prejudice;

2. All claims or counterclaims Altera asserts against Zilog in the above-captioned action are dismissed with prejudice; and

3. Each of the Parties shall bear its own costs.

IT IS SO ORDERED.

Dated: April _9_, 2009

*Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge

-4-
**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**